THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| WATERFORD PLACE APARTMENTS I, LLC | ) | CASE NO. 10-71031 |
| | ) | |
| DEBTOR. | ) | |

NOTICE OF HEARING

THE DEBTOR, by its attorney, BERNARD J NATALE, has filed papers with the Court for the:
APPLICATION FOR FINAL DECREE
AND ORDER OF SUBSTANTIAL CONSUMMATION

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you desire a copy of the  Application , please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Application and want the Court to consider your views on said Application, you or your attorney must:

1. File a written response to the above Application or before the date set for the hearing on the Application at the U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL; OR
2. Attend the hearing scheduled to be **Wednesday, March 2, 2011 @ 10:30 a.m.** in the United States Bankruptcy Court, 211 S. Court Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:   BERNARD J NATALE, LTD
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108
815-964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date:   January 27, 2011

/S/  BERNARD J NATALE
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108

## PROOF OF SERVICE

STATE OF ILLINOIS　　　　　　)
　　　　　　　　　　　　　　　) SS
COUNTY OF WINNEBAGO　　)

　　　　The undersigned, being first duly sworn on oath deposes and states that she served the attached by placing a true and correct copy of said notice of **HEARING ON APPLICATION FOR FINAL DECREE AND ORDER OF SUBSTANTIAL CONSUMMATION** in each envelope, addressed as attached:

　　　　SEE MATRIX
**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U.S. BANKRUPTCY CLERK'S RECEIPT)**

　　　　That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 27th day of January, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s/　Mary D. Magnuson

Subscribed and sworn to before me
this 27th day of January, 2011.

　/s/　Denise M. Bennett
Notary Public

My commission expires: June 14, 2015.

Alpine Bank
PO Box 6086
Rockford, IL 61125

.

Alvin Anderson
1202 Elm Street
Bedford, TX 76021

Attorney John Maville
600 S. State Street
Suite 307
Belvidere, IL 61008

Attorney Thomas Sandquist
WilliamsMcCarthy, LLP
120 W. State Street, Suite 400
Rockford, IL 61101

Boone County Treasurer
1212 Logan Avenue
Suite 104
Belvidere, IL 61008-4033

Joey Sanfilippo
40 W 387 Carl Sandburg Dr
Saint Charles, IL 60175

John Sanfilippo
1362 Corrigan Street
Elburn, IL 60119

Marengo Disposal
1050 Greenlee St
Marengo, IL 60152

MGD Fund 1
141 W. Jackson
Chicago, IL 60604

Waterford Commercial Real Estate &
Property Management Group, LLC
1996 Davis Dr
Belvidere, IL 61008

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| WATERFORD PLACE APARTMENTS I, LLC | ) | CASE NO. 10-71031 |
| | ) | |
| DEBTOR. | ) | |

**APPLICATION FOR FINAL DECREE**
**AND ORDER OF SUBSTANTIAL CONSUMMATION**

**NOW COMES** the Debtor, WATERFORD PLACE APARTMENTS I, LLC, by its attorney, BERNARD J. NATALE, and applies to this Court for a Final Decree and an Order declaring the Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank to have been substantially consummated.

**Class I** creditors (Administrative claims) whose claims to date certain have been allowed by Orders of the Bankruptcy Court and have been paid in full.

**Class II** creditor (BOONE COUNTY TREASURER [Property taxes]) have been paid by secured creditor Alpine Bank pursuant to the terms and conditions of the Debtor's confirmed Amended Plan of Reorganization and Stipulation to Modify the Claim of ALPINE BANK.

**Class III** creditor (ALPINE BANK [Secured claim]) is being paid pursuant to the Debtor's confirmed Amended Plan of Reorganization and Stipulation to Modify the Claim of ALPINE BANK.

**Class III(A)** creditor (ALVIN ANDERSON [Secured claim]) is being paid pursuant to the Debtor's confirmed Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

**Class IV** creditor (Priority claims) – None.

**Class V** creditor (Executory Contracts and Unexpired Leases – Waterford Management Group) – Contract has been assumed pursuant to Debtor's confirmed Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

**Class VI** creditor (Unsecured claims) shall be paid pursuant to Debtor's confirmed Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

Attached hereto as Exhibit "A" is a list of payments to creditors made to date pursuant to the terms and conditions of the confirmed Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank.

**WHEREFORE**, the Debtor requests that the Court enter a Final Decree and Order declaring the Amended Plan of Reorganization and Stipulation to Modify the Claim of Alpine Bank to have been substantially consummated.

**The undersigned verify that the foregoing is true and correct to the best of our knowledge, information and belief, and declare, under penalty of perjury, that we have read the foregoing Application for Final Decree and Order of Substantial Consummation and any attachments hereto**.

Dated:  January 27, 2011                     **WATERFORD PLACE APARTMENTS I, LLC**

                                              /s/    **JOEY SANFILIPPO**
                                             By: JOEY SANFILIPPO, Its Manager

PREPARED BY:

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE
SUITE 201
ROCKFORD, ILLINOIS 61108
(815) 964-4700